UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

                Case No. 26-mj-30165
                Hon. Magistrate Judge

vs.

JASON DOUGLAS PAZOL,

          Defendant.
_____/
HANK MOON
U.S. Department of Justice
211 W. Fort Street
Suite 2001
Detroit, MI 48226
313-226-0220
Email: Hank.Moon@usdoj.gov

SANFORD A. SCHULMAN
Attorney for Defendant:
      JASON DOUGLAS PAZOL,
500 Griswold Street, Suite 2340
Detroit, Michigan 48226
(313) 963-4740
saschulman@comcast.net
_____/

## **APPEARANCE OF COUNSEL ON BEHALF OF**
## **JASON DOUGLAS PAZOL**

PLEASE ENTER the APPEARANCE of SANFORD A. SCHULMAN as Retained Counsel on behalf of JASON DOUGLAS PAZOL, in the regards to the above captioned matter now pending in the United States District Court, Eastern District of Michigan, Southern Division.

Kindly forward all notices to the undersigned.


Respectfully submitted,


s/Sanford A. Schulman
SANFORD A. SCHULMAN
Attorney for Defendant:
    JASON DOUGLAS PAZOL,
500 Griswold Street, Suite 2340
Detroit, Michigan 48226
(313) 963-4740
saschulman@comcast.net

Date: April 1, 2026

2